UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re GRAND JURY ) No. 06-159M
INVESTIGATION 05-01 )
)
)
In re Material Witness: ) DETENTION ORDER
) Material Witness
MI JUNG SHON. )
)

<u>Charge</u>:  Material Witness

<u>Date of Detention Hearing</u>:   April 10, 2006

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §§ 3142(f) and 3144, and based upon the factual findings and statement of reasons hereafter set forth, finds that detention is necessary to adequately secure the testimony of the material witness, and to prevent a failure of justice.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1) Ms. Shon was arrested on a material witness warrant in a matter currently pending before the grand jury, upon a finding that she had material evidence to provide and that it was impracticable to secure her presence by subpoena. She made her initial appearance in this Court on April 10, 2006.

(2) The United States has moved to detain Ms. Shon pursuant to 18 U.S.C. § 3144 pending her appearance before the grand jury.

(3) There is an immigration detainer lodged against the witness.

01    (4)    Defendant has stipulated to detention, but reserves the right to contest her
02 continued detention if there is a change in circumstances.

03    (5)    The material witness is viewed as a risk of nonappearance based on her unknown
04 background information and lack of information about any ties to this community or to the
05 Western District of Washington.

06    (6)    The Court finds that further detention is necessary to prevent a failure of justice.
07 The material witness will be detained until her testimony can adequately be secured.

08    It is therefore ORDERED:

09    (1)    The material witness shall be detained pending the taking of her testimony and
10           committed to the custody of the Attorney General for confinement in a correction
11           facility separate, to the extent practicable, from persons awaiting or serving
12           sentences or being held in custody pending appeal;

13    (2)    The material witness shall be afforded reasonable opportunity for private
14           consultation with counsel;

15    (3)    On order of a court of the United States or on request of an attorney for the
16           Government, the person in charge of the corrections facility in which material
17           witness is confined shall deliver the material witness to a United States Marshal
18           for the purpose of an appearance in connection with a court proceeding or for
19           providing testimony in connection with a case pending in this court; and

20    (4)    The Clerk shall direct copies of this Order to counsel for the United States, to
21           counsel for the material witness, to the United States Marshal, and to the United
22           States Pretrial Services Officer.

23    DATED this 10th day of April, 2006.

24                                          *James P. Donohue*
25                                          JAMES P. DONOHUE
                                            United States Magistrate Judge
26